UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

FILED

AUG 13 2007

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:  )  Case No. 06-24478-B-11
        )
UNITED STATES LAND AND CATTLE )
COMPANY, INC.,  )
        )
    Debtor(s).  )
        )
_____)
        )
POINT CENTER FINANCIAL, INC.,  )
        )  D.C. No. JSC-1
    Movant(s),  )
        )
vs.  )
        )  Date:  August 8, 2007
UNITED STATES LAND AND CATTLE )  Time:  11:30 a.m.
COMPANY, INC.,  )  Place: Courtroom 33
        )         Sixth Floor
    Respondent(s).  )         U.S. Courthouse
        )         501 I Street
        )         Sacramento, CA 95814
_____)

## AMENDED FINDINGS AND CONCLUSIONS

On August 8, 2007, the court recited its findings and conclusions on the record. In doing so, the court referred to the loan amount that might actually be available under the LMM loan commitment. That reference should have stated the following:

The loan would not likely be in the amount of $220 million. The loan commitment says "up to $220,000,000 or 80% LTC [this acronym was not explained, but the court presume it means 'loan-to-cost']/50% LTV [this acronym was not explained, but the court

presume it means 'loan-to-value'] of the MAI appraised/investor in-house valuation whichever is less." No evidence of the current value of the entire Fox Hills project was presented. Even if the higher of the two values in the Wachtler appraisal from January, 2006 ($200 million) were assumed as the low valuation, the loan amount would be $100 million. Applying the foregoing formula to the Property alone, even assuming the debtor's $101 million valuation were the low valuation, the loan amount would approximate $50 million, an amount insufficient even to pay the existing liens on the Property.

Dated: AUG 13 2007

Thomas C. Holman
United States Bankruptcy Judge